The Walter M. Carqueville Company, an Illinois Corporation, Plaintiff-Appellee, v. Albert G. Gladstone, Hen 'N Honey Corporation, an Illinois Corporation, and Graves S. Urquhart, Defendants, and Albright Sales Corporation, an Illinois Corporation, and Jere Albright, Defendants-Appellants.

Gen. No. 52,572.

First District, Third Division.
February 27, 1969.

Henehan, Donovan & Isaacson, of Chicago (Malcolm W. Burnett, Jr., of counsel), for appellants; Neff and Trottner, of Chicago (Mary Ellen Trottner, of counsel), for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.